# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES LEE MOORE II, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-15-688-HE |
| LT. PANTOJA et al., | ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the pro se Plaintiff's second motion to compel. *See* Pl.'s Mot. (Doc. No. 52) at 1. Specifically, Plaintiff asserts that Defendant Pantoja, who is the sole remaining defendant in this case, refuses to "directly and fully" answer ten interrogatories that Plaintiff believes are relevant to his claim. *Id.* at 1, 2. Plaintiff certifies that he has attempted in good faith to "confer[] with the person or party failing to make disclosure or discovery in an effort to obtain it without court action." Fed. R. Civ. P. 37(a)(1); *see* Pl.'s Mot. at 2-3.

Plaintiff has not provided the Court with a copy, or at least an adequate description, of his proffered interrogatories and Defendant's allegedly incomplete responses. *See, e.g.*, Pl.'s Mot. at 2 ¶ 12 ("Defendant Pantoja can answer to the extent that he has personal knowledge (Interrogatory #8). For example, was Defendant Pantoja interviewed himself."). Without this information, the Court cannot determine whether Defendant Pantoja can be compelled to produce the discovery that Plaintiff seeks. *See generally Witt v. GC Servs. Ltd. P'ship*, 307 F.R.D. 554, 559-71 (D. Colo. 2014); Fed. R. Civ. P. 26(b)(1),

33(a)-(b), 37(a).  Moreover, some of Plaintiff's interrogatories appear to seek information that is not relevant to Plaintiff's sole remaining claim that Defendant Pantoja physically assaulted Plaintiff on November 24, 2014.  *See* Pl.'s Mot. at 2 ¶ 13 ("Defendant Pantoja can answer whether female staff were present for the strip search of Plaintiff during the cell search (Interrogatory #9).").  Accordingly, Plaintiff's second motion to compel discovery responses (Doc. No. 52) is DENIED without prejudice to refiling.

IT IS SO ORDERED this 8th day of March, 2017.

_____
CHARLES B. GOODWIN
UNITED STATES MAGISTRATE JUDGE